**FILED**

December 22, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____
D. Trujillo
DEPUTY

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | **I N D I C T M E N T** |
| | § | |
| **Plaintiff,** | § | **CT 1:** 18 U.S.C. § 554 – |
| | § | Smuggling goods from the United States |
| **v.** | § | |
| | § | **CT 2:** 18 U.S.C. § 933 – |
| **LUIS ARIEL AGUILERA ROCHA,** | § | Attempted Trafficking in Firearms |
| | § | |
| **Defendant.** | § | ***Notice of Government's Demand for*** |
| | § | ***Forfeiture*** |
| | § | |

THE GRAND JURY CHARGES:                    **EP-25-CR-02983-LS**

## GENERAL ALLEGATIONS

Effective March 9, 2020, the Commerce Control List ("CCL"), located at Title 15, Code of Federal Regulations, Section 774, details commodities, software, and technology subject to control by the United States Department of Commerce, Bureau of Industry and Security pursuant to the Export Control Reform Act, Title 50, United States Code, Chapter 58.

The CCL is part of the Export Administration Regulations ("EAR"), located at Title 15, Code of Federal Regulations, Section 730 et seq. Firearms are designated as controlled items in Section 774, Appendix Supplement Number 1 of the CCL. According to Title 15, Code of Federal Regulations, Section 736.2, a person may not export an item subject to the EAR to another country if exporting that item to that country requires a license.

Aero Precision 9 mm serial number SF-017801 and Glock 43X 9 mm serial number CEWA662 are firearms that require a license to export from the United States. Defendant, **LUIS ARIEL AGUILERA ROCHA**, did not have a license to export firearms.

## COUNT ONE

The General Allegations of this indictment are re-alleged and fully incorporated here by reference.

That on or about November 26, 2025, in the Western District of Texas, Defendant,

**LUIS ARIEL AGUILERA ROCHA,**

knowingly and unlawfully exported and attempted to export from the United States into Mexico, any merchandise, article and object, contrary to any law and regulation of the United States, to wit: two firearms identified as Aero Precision 9 mm serial number SF-017801 and Glock 43X 9 mm serial number CEWA662, in violation of Title 18, United States Code, Section 554.

## COUNT TWO

The General Allegations of this indictment are re-alleged and fully incorporated here by reference.

On or about November 26, 2025, in the Western District of Texas, the Defendant,

**LUIS ARIEL AGUILERA ROCHA**,

did ship, transport, transfer, cause to be transported, and otherwise dispose of a firearm, to wit: two firearms identified as Aero Precision 9 mm caliber, serial number SF-017801, and Glock 43X 9 mm caliber, serial number CEWA662 to another person in and otherwise affecting commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of the firearm by the recipient would constitute a felony, to wit: Smuggling of Goods from the United States under 18 U.S.C. Section 554 as charged in Count One, as defined in section 932(a), and did attempt to do so, in violation of Title 18, United States Code, Sections 933(a)(1), 933(a)(3), and 933(b).

**<u>NOTICE OF GOVERNMENT'S DEMAND FOR FORFEITURE</u>**
**[*See* Fed. R. Crim. P. 32.2]**

**I.**
**<u>Violations involving Goods Smuggled to/from the United States and Forfeiture Statutes</u>**
**[Title 18 U.S.C. § 554, subject to forfeiture pursuant to Title 18 U.S.C.**
**§ 981(a)(1)(C) and Title 19 U.S.C. § 1595a(d), as made applicable**
**to criminal forfeiture by Title 28 U.S.C. § 2461(c)]**

As a result of the foregoing criminal violation set forth above, the United States of America

gives notice to Defendant **LUIS ARIEL AGUILERA ROCHA** of its intent to seek the forfeiture

of the property described below upon conviction and pursuant to FED. R. CRIM. P. 32.2, Title 18

U.S.C. § 981(a)(1)(C) and Title 19 U.S.C. § 1595a(d), as made applicable to criminal forfeiture by

Title 28 U.S.C. § 2461(c), which state:

**Title 18 U.S.C. § 981. Civil Forfeiture**
(a)(1) The following property is subject to forfeiture to the United States:
**\*\*\***
(C) Any property, real or personal, which constitutes or is derived from proceeds
traceable to a violation. . . of this title or any offense constituting "specified unlawful
activity" (as defined in section 1 956(c)(7) of this title), or a conspiracy to commit such
offense.

**Title 19 U.S.C. § 1595a. Forfeiture and other penalties**
**\* \*\***
**(d) Merchandise exported contrary to law**
Merchandise exported or sent from the United States or attempted to be exported or sent
from the United States contrary to law, or the proceeds or value thereof, and property
used to facilitate the exporting or sending of such merchandise, the attempted exporting
or sending of such merchandise, or the receipt, purchase, transportation, concealment,
or sale of such merchandise prior to exportation shall be seized and forfeited to the
United States.

Title 18 U.S.C. § 554 Smuggling Goods from the United States is an offense constituting

"specified unlawful activity" as defined in Title 18 U.S.C. § 1956(c)(7).

**II.**
**<u>Firearms Trafficking Violation and Forfeiture Statutes</u>**
**[Title 18 U.S.C. § 933(a)(1), (a)(3), and (b), subject to**
**forfeiture pursuant to Title 18 U.S.C § 934(a)(1)(A) and (B)]**

As a result of the criminal violations set forth above, the United States of America gives notice to Defendant **LUIS ARIEL AGUILERA ROCHA** of its intent to seek the forfeiture of property described below upon conviction and pursuant to FED. R. CRIM. P. 32.2, Title 18 U.S.C. §§ 934(a)(1)(A) and (B), which state:

> **Title 18 U.S.C. § 934. - Forfeiture and Fines**
> **(a) Forfeiture.**
> **(1)** In General.— Any person convicted of a violation of section 932 or 933 shall forfeit to the United States, irrespective of any provision of State law—
> **(A)** any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of such violation; and
> **(B)** any of the person's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation, except that for any forfeiture of any firearm or ammunition pursuant to this section, section 924(d) shall apply.

The Notice of Demand of Forfeiture includes but is not limited to the property described in Paragraph III.

### III.
### Property

1. Aero Precision 9 mm serial number SF-017801;
2. Glock 43X 9 mm serial number CEWA662;
3. Any and all property, real or personal involved in or used in the commission of the criminal offense; and
4. Any and all firearms, ammunition and/or accessories used or intended to be used in the commission of the criminal offense.

A TRUE BILL.

_____
FOREPERSON OF THE GRAND JURY

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

BY: _____
     Assistant United States Attorney

4